THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**THELMA POLSTON**                                                          **PLAINTIFF**

V.             **CASE NO.: 3:10CV00289 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                   **DEFENDANT**

## JUDGMENT

Plaintiff Thelma Polston's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 6th day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE